**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 640 EAL 2014
:
                Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
           v. :
:
:
:
TYREE DOCKERY, :
:
              Petitioner :

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of April, 2015, the Petition for Allowance of Appeal is

**DENIED**.